FILE COPY



# COURT OF APPEALS

| | FOURTH COURT OF APPEALS DISTRICT | MICHAEL A. CRUZ, |
|---|---|---|
| REBECA C. MARTINEZ | CADENA-REEVES JUSTICE CENTER | CLERK OF COURT |
| CHIEF JUSTICE | 300 DOLOROSA, SUITE 3200 | |
| PATRICIA O. ALVAREZ | SAN ANTONIO, TEXAS 78205-3037 | |
| LUZ ELENA D. CHAPA | WWW.TXCOURTS.GOV/4THCOA.ASPX | TELEPHONE |
| IRENE RIOS | | (210) 335-2635 |
| BETH WATKINS | | |
| LIZA A. RODRIGUEZ | | |
| LORI I. VALENZUELA | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

December 22, 2021

Mary Beth Sasala
Official Court Reporter
285th District Court
300 Dolorosa 4th Floor
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Joe D. Gonzales
Bexar County District Attorney
101 W. Nueva St., Suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Jaime Aldape
Aldape Law Firm, PLLC
401 E. Soterra Blvd., Suite 375
San Antonio, TX 78258
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     04-21-00400-CR
        Trial Court Case Number:     2019CR12926
        Style:  Stephon Moody
                    v.
                The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ, Clerk of Court

Cecilia Phillips
Deputy Clerk, Ext. 5-3221

cc: Barbara Paulissen (DELIVERED VIA E-MAIL)

FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2021

No. 04-21-00400-CR

Stephon **MOODY**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12926
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

 The reporter's record was originally due November 15, 2021, but was not filed. On November 19, 2021, this court notified the court reporter, Ms. Mary Beth Sasala, that the reporter's record was late and directed her to either: (1) file a Notification of Late Record within ten days; or (2) file the reporter's record within thirty days. *See* TEX. R. APP. P. 37.3(a). Ms. Sasala did not respond to our letter. Accordingly, we ORDER Ms. Sasala to file the reporter's record **by January 6, 2022**. *See* TEX. R. APP. P. 35.3(c)

 In the unforeseen event that Ms. Sasala does not comply with this order, we may be required to initiate contempt proceedings.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court